1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING<br><br>211 Lower Steel Bridge Road, Douglas City, California 96024 | 2:14-SW-00343-EFB<br><br>**UNSEALING ORDER**<br><br>**UNDER SEAL** |
|---|---|

Upon application of the United States of America, **IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: June 11, 2014

_____
Hon. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE